

## NUMBER 13-11-00165-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**VIDAL CONDE,**                                                  **APPELLANT,**

**v.**

**GLOBAL SPECTRUM,**                                            **APPELLEE.**

### On Appeal from the County Court at Law No. 5
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Vidal Conde, appealed a judgment entered by the County Court at Law No. 5 of Nueces County, Texas. On March 28, 2011, the Clerk of this Court notified appellant that the notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d)(2), 25.1(d)(7) and 25.1(e). *See* TEX. R. APP. P. 25.1. Appellant was advised to file an amended notice of appeal with the district clerk and forward a copy to

the Court. In response, appellant requested an extension of time to comply which was granted by the Court until April 22, 2011.

The Court did not receive an amended notice of appeal and on May 18, 2011, the Clerk of this Court again notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 25.1(d)(2), 25.1(d)(7) and 25.1(e). *See id.* 25.1. The Clerk notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct these defects, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
14th day of July, 2011